

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00301-CR

---

STEVI RENE HAMPTON                                        APPELLANT

V.

THE STATE OF TEXAS                                            STATE

----------

## FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 1353649W

----------

## MEMORANDUM OPINION[1]

----------

Appellant Stevi Rene Hampton attempts to appeal from the trial court's June 30, 2014 judgment adjudicating him guilty of theft from a person and sentencing him to seven months' confinement in state jail pursuant to a plea agreement in which Appellant pled true to the allegations in the State's motion to

---

[1]*See* Tex. R. App. P. 47.4.

adjudicate guilt and waived all rights of appeal.  Appellant filed a pro se notice of appeal on July 23, 2014.

The trial court's certification states that "the defendant has waived the right of appeal."  Accordingly, we informed Appellant and his appointed counsel by letter on July 30, 2014, that this case was subject to dismissal unless he or any party showed grounds for continuing the appeal on or before August 11, 2014. *See* Tex. R. App. P. 25.2(d).  We received no response.  Accordingly, we dismiss the appeal.  *See* Tex. R. App. P. 25.2(d), 43.2(f).

PER CURIAM

PANEL:  GARDNER, WALKER, and MCCOY, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  September 4, 2014

2